UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NABOR REYES-RODRIGUEZ, | Case No. 3:25-cv-00184-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, *et al.*, | |
| Respondents. | |

Petitioner Nabor Reyes-Rodriguez seeks an extension of time to file his second amended petition. (ECF Nos. 14, 15.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 14) is granted *nunc pro tunc*.

It is further ordered that Petitioner's second unopposed motion to extend (ECF No. 15) is granted. Petitioner has until February 20, 2026, to file his second amended petition.

DATED THIS 4th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE