UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| NABOR REYES-RODRIGUEZ, | Case No. 3:25-cv-00184-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, *et al.*, | |
| Respondents. | |

Petitioner Nabor Reyes-Rodriguez seeks an extension of time to file his second amended petition. (ECF No. 17.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's third unopposed motion to extend (ECF No. 17) is granted. Petitioner has until April 21, 2026 to file his second amended petition.

DATED THIS 15th Day of April, 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE