UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| NABOR REYES-RODRIGUEZ,<br>Petitioner,<br>v.<br>TERRY ROYAL, *et al.*,<br>Respondents. | Case No. 3:25-cv-00184-MMD-CLB<br>ORDER |

Respondents seek an extension of time to file their response to the second amended petition. (ECF No. 21.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 21) is granted. Respondents have until August 6, 2026, to file their response to the second amended petition.

DATED THIS 15th Day of July, 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE